

CHIEF JUSTICE
JAMES T. WORTHEN

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, December 16, 2004

Ms. Susan D. Bonnen
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. E. Robert Human
Flowers Davis, PLCC
1021 ESE Loop 323
Suite 200
Tyler, TX 75701

RE:  Case Number:              12-04-00010-CV
     Trial Court Case Number:  44,456-A

Style: The State of Texas
       v.
       Donald Howard Davis

You are hereby notified that in the above-described case, the enclosed decision and order was this day made and entered by this Court.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk



CAUSE NO. 12-04-00010-CV

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| THE STATE OF TEXAS, APPELLANT | } | APPEALED FROM COUNTY COURT AT |
|---|---|---|
| V. | } | LAW NO 2 IN AND FOR |
| DONALD HOWARD DAVIS, APPELLEE | } | SMITH COUNTY, TEXAS |

### ORDER

Came on for review the status of the instant appeal, and the same having been considered, it appears that Appellee's counsel is Mr. Edward Robert Human's and that Mr. Human's license to practice law has been suspended by order of the Supreme Court of Texas.

On October 18, 2004, this Court sent Mr. Human correspondence informing him that his name appeared on the List of Inactive Attorneys and requested that he provide proof that his license has been reinstated, or alternatively, advise this Court of who will be handling this appeal in his stead. Mr. Human did not respond to this Court's notice. On November 29, 2004, a clerk of this Court telephoned Mr. Human's office requesting written proof that his license has been reinstated. No satisfactory response has been received. Accordingly, it is hereby ORDERED that this appeal be, and hereby is, ABATED until Mr. Edward Robert Human provides this Court with written proof that his license to practice law in Texas has been reinstated and that he is presently in good standing with the State Bar of Texas. Failure to comply with this Court's order on or before Monday, January 03, 2005 will result in this appeal being presented to the Court for entry of an order of permanent abatement, removing this case from the docket of the Court.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 16th day of December 2004, A.D.

CATHY S. LUSK, CLERK
12th Court of Appeals

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DEVASTO

CLERK
CATHY LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

October 18, 2004

Mr. Robert E. Human
Flowers Davis, PLCC
1021 ESE Loop 323
Suite 200
Tyler, TX 75701

Dear Mr. Human:

The Supreme Court has furnished us a list of Texas attorneys whose licenses to practice law have been suspended or removed by order of the Supreme Court for disciplinary sanctions set forth by the General Counsel's office of the State Bar of Texas. Your name appears on that list.

Our records show that you currently represent parties on appeal before this Court. Within 14 days herefrom, please provide proof that your license has been reinstated, or alternatively, advise this Court of who will be handling these pending appeals in your stead. If we do not hear from you within the time provided, these cases may be remanded to the trial court for a determination of whether new counsel should be appointed or retained.

If I can be of assistance to you, please let me know.

*11-29-04*

*left message w/Carol to provide proof of reinstatement.*

Very truly yours,

CATHY S. LUSK, CLERK

Katrina McClenny, Chief Deputy

1517 WEST FRONT STREET ■ SUITE 354 ■ TYLER, TX 75702 ■ TEL.: 903-593-8471 ■ FAX: 903-593-2193

Serving Anderson, Cherokee, Gregg, Henderson, Hopkins, Houston, Kaufman, Nacogdoches, Panola, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Upshur, Van Zandt and Wood Counties.

www.12thcoa.courts.state.tx.us